**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00546-CV

### TEXAS COMMUNITY DEVELOPMENT CORPORATION F/K/A WOODLAND DEVELOPMENT CORPORATION, Appellant
### V.
### FULBRIGHT & JAWORSKI, LLP, AND BRYAN LARSON, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06695-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief was due March 22, 2015. On March 24, 2015, the Court sent appellant a letter informing it that the brief was overdue. We directed appellant to file, within ten days, a brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Carolyn Wright/

140546F.P05

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS COMMUNITY DEVELOPMENT
CORPORATION F/K/A WOODLAND
DEVELOPMENT CORPORATION,
Appellant

No. 05-14-00546-CV          V.

FULBRIGHT & JAWORSKI, LLP, AND
BRYAN LARSON, Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-06695-E.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Fulbright & Jaworski, LLP, and Bryan Larson recover their costs of this appeal from appellant Texas Community Development Corporation f/k/a Woodland Development Corporation.


Judgment entered July 30, 2015.